# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WINTON,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and FRONTIER COMMUNICATIONS CORPORATION LONG-TERM DISABILITY INSURANCE PLAN,<br><br>    Defendants. | Case No. 5:24-cv-01302-KK-SHKx<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WIT PREJUDICE**<br><br>Judge:  Hon. Kenly Kiya Kato<br>Ctrm:  3, 3rd Floor<br><br>Complaint File:  June 21, 2024 |

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: February 14, 2025

_____
Hon. Kenly Kiya Kato
United States District Court Judge

4915-4636-0345 v1     1     Case No. 5:24-cv-01302-KK-SHKx
ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WIT PREJUDICE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY